Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, California  90266
Telephone:   (310) 545-3311
Facsimile:    (310) 545-3344

Attorneys for Plaintiff/Counter-Defendant
Mad Dogg Athletics, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC.,<br>a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>MULTISPORTS, INC.,<br>a Texas corporation,<br><br>             Defendant. | Case No. 2:14-cv-02084 CAS (JCGx)<br><br>Assigned for all Purposes to<br>Judge Christina A. Snyder<br><br>[~~PROPOSED~~] CONSENT JUDGMENT AND PERMANENT INJUNCTION |

WHEREAS plaintiff, Mad Dogg Athletics, Inc. ("Mad Dogg"), and defendant, Multisports, Inc. ("Multisports") have agreed in a separate agreement to settlement of the matter in issue between them and to entry of this judgment, it is ORDERED, ADJUDGED AND DECREED THAT:

  1.   Mad Dogg alleged claims for Patent Infringement.

  2.   The Court has jurisdiction over the parties in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331 and 1338(a).  The Court further has continuing jurisdiction to enforce the terms and provisions of the Consent Judgment and Permanent Injunction.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

3. Mad Dogg is a corporation incorporated under the laws of the State of California, and has its principal place of business at 2111 Narcissus Court, Venice, California 90291.

4. Multisports is a Texas corporation having a principal place of business at 4660 Pine Timbers, Suite 138, Houston, Texas 77041.

5. Multisports has imported, made, used, sold, offered for sale or distributed certain indoor cycling bikes.

6. Mad Dogg is the owner of U.S. Patent Nos. 6,155,958; 6,468,185; 6,881,178; 7,455,627 and 8,057,364 (collectively "Utility Patents"), which were valid and enforceable during their term.

7. Mad Dogg is the owner of U.S. Design Patent Nos. D473,274 and D463,602 (collectively "Design Patents") which are valid and enforceable throughout the United States for their remaining term.

8. The manufacture, use, sale, offer for sale or importation of the indoor cycling bikes identified in the Complaint constitutes infringement of U.S. Patent Nos. 6,155,958, 6,468,185, 6,881,178, 7,455,627, 8,057,364, D473,274 and/or D473,602 as alleged in the Complaint.

9. Multisports, and its related entities, affiliates, officers, directors, subsidiaries, divisions, owners, agents, servants, shareholders, employees, successors, assigns, representatives, and agents of any kind, and all persons or entities acting under Multisports' direction or control or in active concert or participation with Multisports (hereinafter collectively referred to as Multisports' "Related Entities") who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from infringing, either directly or contributorily and from inducing others to infringe any of Mad Dogg's U.S. Patent Nos. 6,881,178, D473,274 and D472,602.

10. Service by mail upon Multisports, addressed to Brucie Chen, Multisports, Inc., 4660 Pine Timbers, Suite 138, Houston, Texas 77041, of a copy

of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice to Multisports under Rule 65(d) of the Federal Rules of Civil Procedure, with a copy to Multisports' undersigned counsel as well. It shall not be necessary for Multisports to sign any form of acknowledgment of service.

11. The Parties shall bear their own attorneys' fees and costs.

12. All remaining causes of action or claims against Multisports are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 1, 2014

*Christina A. Snyder*
United States District Judge

1 | Approved as to form and content:

2 | MACEIKO IP

3 |
4 | By:   */Theodore S. Maceiko/*
       Theodore S. Maceiko

5 | Attorneys for Plaintiff
   Mad Dogg Athletics, Inc.

6 |
7 | Dated: July 31, 2014

8 |

9 | MULTISPORTS, INC.

10 | By:   /s/
     John Buche

11 |
12 | Dated: July 24, 2014

- 4 -